# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| VICTOR M. BECERRA-RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. 23-00054-KD-MU |
| | ) | |
| v. | ) | CRIM. ACTION NO. 20-00081-KD-MU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated February 25, 2026, (Doc. 88), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Victor M. Becerra-Rodriguez's ("Petitioner") 28 U.S.C. § 2255 motion, (Doc. 74), is **DENIED** without an evidentiary hearing, that Petitioner is **DENIED** a certificate of appealability, and that Petitioner is not entitled to appeal in forma pauperis.

**DONE** and **ORDERED** this **30th** day of **March 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**